**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> PASQUAZZI BROS., INC., and HEATHER CONSTRUCTION CORP., <br><br> Defendants. | C.A. No.: 10-11559 NG |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii), as the Plaintiff and Defendants have agreed to settle the above-captioned matter, the parties hereby stipulate to dismiss the above referenced complaint with prejudice and with each party to bear its own costs.

Dated: November 24, 2010

Respectfully submitted,

Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street, Suite 300
Boston, MA 02109
(617) 338-1976

/s/ Catherine M. Campbell
Catherine M. Campbell, Esq.
Attorney for Plaintiff,
Charles Langone, Fund Manager

## CERTIFICATE OF SERVICE

I, Catherine M. Campbell, hereby certify that a copy of this document has been sent via First Class Mail to Henry P. Pasquazzi, Jr., President of Pasquazzi Bros., Inc. & Heather Construction, Corp., 464 Dyer Avenue, Cranston, RI 02920

Dated: November 24, 2010

/s/ Catherine M. Campbell
Catherine M. Campbell, Esq.